IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEPHEN PULLENS,<br><br>               Plaintiff,<br><br>vs.<br><br>AYAJ, et al.<br><br>               Defendants. | **8:21CV478**<br><br>**ORDER** |

    IT IS ORDERED that Plaintiff's motion for reconsideration (Filing 10) is denied.

    Dated this 4th day of February 2022.

                                                    BY THE COURT:

                                                    *Richard G. Kopf*

                                                    Richard G. Kopf
                                                    Senior United States District Judge