IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEPHEN PULLENS,<br><br>            Plaintiff,<br><br>vs.<br><br>AYAJ, et al.<br><br>            Defendants. | 8:21CV478<br><br>**ORDER** |

      IT IS ORDERED that Plaintiff's motion for extension of time (Filing 16) is granted, as follows:

      1.    Plaintiff shall have 45 days from today's date to pay the court's filing fee of $350.00.

      2.    If Plaintiff does not pay the $350.00 filing fee by April 18, 2022, this case will be dismissed without prejudice and without further notice.

      3.    The clerk of the court is directed to set a pro se case management deadline in this case using the following text: **April 18, 2022: filing fee due.** The previous show-cause deadline of March 25, 2022, may be terminated.

      4.    The court must be kept informed of Plaintiff's current address at all times while this case is pending. Plaintiff's failure to keep the court so informed may result in dismissal of the case without further notice.

      Dated this 4th day of March 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge