IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEPHEN PULLENS, <br><br> Plaintiff, <br><br> vs. <br><br> AYAJ, et al., <br><br> Defendants. | 8:21CV478 <br><br> **MEMORANDUM AND ORDER** |

    Plaintiff has renewed his request to stop collection of his mandatory filing fee payments (Filing 41). As the court has previously informed Plaintiff, "a prisoner's obligation to pay filing fees pursuant to 28 U.S.C. § 1915(b) is not dischargeable in bankruptcy." *Chapman v. Houston*, No. 4:07CV3081, 2007 WL 2306908 (D. Neb. Aug. 8, 2007). That Plaintiff would prefer to use the funds in his institutional account for other purposes is immaterial—the court has no discretion to waive the payment requirement under the Prison Litigation Reform Act.

    IT IS THEREFORE ORDERED that Plaintiff's renewed motion to stop collection of filing fee payments (Filing 41) is denied.

    Dated this 14th day of July 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge